UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 18 Cr. 580 (KPF) |
| AURORA SANCHEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On December 1, 2020, the Court denied Ms. Sanchez's application for compassionate release without prejudice to its renewal after she exhausts her administrative remedies under 18 U.S.C. § 3582(c)(1)(A).  (Dkt. #45).  On December 22, 2020, the Court received a supplemental submission from Ms. Sanchez enclosing her May 10, 2020 petition to the Bureau of Prisons for compassionate release.  As such, the Court understands that Ms. Sanchez has renewed her motion for compassionate release.  The parties are hereby ORDERED to adhere to the following briefing schedule: the Government's response is due on or before January 4, 2021, and any reply from Ms. Sanchez is due on or before February 18, 2021.  The Clerk of Court is directed to mail a copy of this Order to Ms. Sanchez at her address of record.

SO ORDERED.

Dated:   December 23, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge