UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>AURORA SANCHEZ,<br><br>                              Defendant. | 18 Cr. 580 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Aurora Sanchez moved for compassionate release, in the form of immediate release from custody to home confinement, pursuant to 18 U.S.C. § 3582(c)(1)(A).  (*See* Dkt. #44).  In December 2020, this Court issued orders (i) denying Ms. Sanchez's motion without prejudice to its renewal once she had demonstrated exhaustion of her administrative remedies, and then, once exhaustion was demonstrated, (ii) scheduling the Government's opposition to the motion.  (Dkt. #45, 46; *see also* Dkt. #47 (Government opposition)).

The Court understands that during the pendency of this motion, Ms. Sanchez was released to home confinement.  Accordingly, the Court denies her application as moot, and directs the Clerk of Court to terminate the motion at docket entry 47.  The Clerk of Court is further directed to mail a copy of this Order to Ms. Sanchez at the following address: Aurora Sanchez, 383 Warburton Avenue, Apt. #2M Yonkers, New York 10701.

SO ORDERED.

Dated:  January 12, 2022
            New York, New York

                                                          *Katherine Polk Failla*
                                                          _____
                                                          KATHERINE POLK FAILLA
                                                          United States District Judge